# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:
Window World San Diego Inc, a California Corporation
Window World Inc, a North Carolina Corporation
vs
Defendant:
Window World, Inc., a California Corporation
Does 1 through 100 inclusive

**FILED**
2008 AUG 29 PM 4:50
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 1598 W NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Shawn D. Morris, Esq. Will Lemkul Esq. Matthew J. Yarling Esq
Morris Sullivan & Lemkul LLP
9915 Mira Mesa Boulevard Ste 300
San Diego CA 92131   (858) 566-7600  Fax (858) 566-6602

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

AUG 2 9 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\44431.1 May 5, 1999 (11:34am)